**LINDA S. ZISKIN, ATTORNEY AT LAW**, OSB # 01106
ziskinlaw@comcast.net
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, OR 97035
Voice: (503) 889-0472
Fax:   (503) 210-0295
 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LISA PUSHECK,** | CV # 05-1881-AA |
| Plaintiff, | |
| vs. | |
| **COMMISSIONER of Social Security,** | ORDER FOR EAJA FEES |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6107.40 shall be awarded to Plaintiff, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 8 day of January, 2007.

_____
HON. ANN AIKEN
UNITED STATES DISTRICT JUDGE

Presented by:
/s/_____
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
Attorney for Plaintiff